1539

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 22-42 |
| | ) | |
| v. | ) | (18 U.S.C. § 922(g)(1)) |
| | ) | |
| JERIAMIYAH EDWARDS | ) | [UNDER SEAL] |

FILED
FEB 22 2022
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about January 10, 2022, in the Western District of Pennsylvania, the defendant, JERIAMIYAH EDWARDS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Robbery, on or about February 13, 2018, at Docket No. CR0005678-2017, in the Court of Common Pleas of Allegheny County, Pennsylvania, knowingly possessed, in and affecting interstate commerce, a firearm, namely, a Beretta handgun, model APX, caliber 9 mm, bearing serial number A106052X, and fourteen rounds of 9 mm ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The United States hereby gives notice to the defendant charged in Count One that, upon his conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), which requires any person convicted of such offense to forfeit to the United States of America any and all firearms and ammunition involved in and used in the knowing commission of the offense, including, but not limited to:

a. A Beretta handgun, model APX, caliber 9mm, bearing serial number A106052X.

b. Fourteen rounds of 9 mm ammunition contained within the magazine of the above-described handgun.

A True Bill,

_____
FOREPERSON

_____
CINDY K. CHUNG
United States Attorney
PA ID No. 317227

_____
SHAUN E. SWEENEY
Assistant United States Attorney
PA ID No. 53568